NUMBER 13-07-344-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE JOHN HELM


____________________________________________________________


On Petition for Writ of Mandamus and Motion 


for Emergency Stay

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Vela


Per Curiam Memorandum Opinion (1)



 Relator, John Helm, filed a petition for writ of mandamus and motion for
emergency stay in the above cause on May 31, 2007. Through this original
proceeding, relator challenges the trial court's order of May 2, 2007 denying relator's
motion for leave to join responsible third parties. 

 Mandamus is an extraordinary remedy, which is available only when (1) a trial
court clearly abuses its discretion, and (2) there is no adequate remedy by appeal. In
re Prudential Ins. Co. of Am., 148 S.W.3d 124, 135-36 (Tex. 2004). 

 The Court, having examined and fully considered the petition for writ of
mandamus and response thereto is of the opinion that relator has not shown himself
entitled to the relief sought. See In re Unitec Elevator Servs. Co., 178 S.W.3d 53, 64-66 (Tex. App.-Houston [1st Dist.] 2005, orig. proceeding); In re Martin, 147 S.W.3d
453, 458-59 (Tex. App.-Beaumont 2004, orig. proceeding); In re Arthur Andersen
LLP, 121 S.W.3d 471, 485-86 (Tex. App.-Houston [14th Dist.] 2003, orig.
proceeding). Accordingly, the motion for emergency stay and petition for writ of
mandamus are DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM



Justice Vela, dissenting, without separate opinion.


Memorandum Opinion delivered and filed

this 1st day of June, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).